# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 24, 2018

SEAN F. McAVOY, CLERK

AARON JOSEPH CUNNINGHAM,

*Plaintiff*

v.

CC2 CASEY POTTS; CC2 G. ROBINSON; CC MEDUDIS; CC2 M.S. ODEM; CC2 JAMES ROGERS; UM T. MINK; AA2 RACHEL SMITH; et al.,

*Defendant*

Civil Action No. 4:17-CV-5088-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: IT IS ORDERED Plaintiff's Motion, ECF No. 21, is GRANTED and the Complaint is DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Salvador Mendoza, Jr.  on a motion for voluntary dismissal ECF No. 21.

Date: January 24, 2018

*CLERK OF COURT*

SEAN F. McAVOY

*(By) Deputy Clerk*

s/Sean F. McAvoy